TRANSCONTINENTAL GAS PIPE LINE CORPORATION, PETITIONER-RESPONDENT, v. TOWNSHIP OF BERNARDS, *ET AL.*, RESPONDENTS, AND BOROUGH OF CARTERET, TOWNSHIP OF EDISON AND TOWNSHIP OF WOODBRIDGE, RESPONDENTS-APPELLANTS.

A-142

TEXAS EASTERN TRANSMISSION CORPORATION, PETITIONER-RESPONDENT, v. BOROUGH OF CARTERET, TOWNSHIP OF EDISON, TOWNSHIP OF PISCATAWAY AND TOWNSHIP OF WOODBRIDGE, RESPONDENTS-APPELLANTS.

Argued June 7 and 8, 1971—Decided July 21, 1971.

*Mr. Sam Weiss* argued the cause for appellants; *Mr. Isadore Rosenblum* argued the cause for appellant Woodbridge Township; *Mr. John M. Kolibas* argued the cause for appellant Borough of Carteret; *Mr. Roland A. Winter* argued the cause for appellant Township of Edison (*Mr. Howard Gran,* attorney for appellant Township of Piscataway).

*Mr. Angelo A. Mastrangelo* argued the cause for respondent Transcontinental Gas Pipe Line Corporation (*Messrs. Fox, Schnackner, Neagle and Mastrangelo,* attorneys).

*Mr. Robert J. Del Tufo* argued the cause for respondent Texas Eastern Transmission Corporation (*Mr. Thomas J. Bitar,* on the brief; *Messrs. Jeffers and Dillon,* attorneys).

PER CURIAM.   These cases involve the assessment of pipelines for local *ad valorem* taxation. We granted the petitions of the municipalities to review the judgments of the Appellate Division. 57 *N. J.* 598 (1971); 58 *N. J.* 19 (1971).

We see no basis to disturb the judgments on the records in these matters. As to valuation, we endorse the recommendation of the Appellate Division and of the State Division of Tax Appeals that there should be legislation to provide a suitable statewide formula for the assessment of this unique property. As to the claim of discrimination, the issue was properly accepted and the average ratios were properly employed.

The judgments are affirmed.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*For reversal*—None.